Ronald I. LeVine
Email: ron@ronlevinelaw.com
Eileen L. Linarducci
Email: elinarducci@ronlevinelaw.com
LAW OFFICE OF RONALD I. LEVINE, ESQ.
210 River Street, Suite 11
Hackensack, NJ 07601
Tel. (201) 489-7900
Fax (201) 489-1395
*Attorneys for Defendant, Thomas Yeon in his*
*capacity as Administrator of the Estate of*
*Jin Ho Yeon*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA<br><br>                    Plaintiff<br><br>    vs.<br><br>THOMAS YEON, in his capacity as Administrator of the Estate of Jin Ho Yeon and HANAM CAPITAL CORPORATION<br><br>                    Defendants | Civil Action No.: 2:2020-cv-11353 KM-ESK<br><br><br>ORDER + JUDGMENT |

THIS MATTER having been brought before the Court by the Law Office of Ronald I. LeVine, attorney for Defendant, Thomas Yeon, (Yeon) in his capacity as Administrator of the Estate of Jin Ho Yeon for an Order (1) of default judgment against Defendant, Hanam Capital Corporation, on the Amended Cross Claim and in favor of Defendant, Yeon, (2) finding the proceeds of The Prudential Life Insurance Company of America life insurance policy belongs to the Estate of Jin Ho Yeon and are to be released to the Estate.

1

IT IS ON THIS __16th__ DAY OF __March__ , 2023, ORDERED *AND ADJUDGED* THAT: (DE34)

1.  Yeon's Motion for Default Judgment against Defendant, Hanam Capital Corporation pursuant to Federal Rule of Civil Procedure 55 is GRANTED. *for the reasons stated in plaintiff's brief.*

2.  Life insurance proceeds in the amount of $141,180.85 deposited with the Clerk of the Court by The Prudential Life Insurance Company of America on September 13, 2021 belong to the Estate of Jin Ho Yeon and shall be distributed to the Estate.

3.  A copy of this order shall be served on all parties within 10 days of receipt by counsel for Yeon.

U.S.D.J.

2